# FEE SCHEDULE

*Securities and Exchange Commission v. Jonathan W. Mikula, John B. Craddock, JW & P Consulting, LLC, and Nations Warranty Group, Inc.*
Civil Action File Number: 1:08-CV-3097-BBM (N.D. Ga.)

| Team Member | Title | Rate |
|---|---|---|
| Pat Huddleston | Receiver | $215 |
| Lauren Bowman | Legal Assistant | $90 |
| Jamie Carroll | Legal Assistant | $90 |
| Cherie Eason | Legal Assistant | $90 |
| Michelle Fox | CFE/CPA | $145 |
| Eric Henningson | Chartered Financial Analyst | $145 |
| Porter Huddleston | Director of Information Technology | $105 |
| Courtney Lazenby | Legal Assistant | $90 |
| Melanie Smith | Legal Assistant | $90 |
| Eric Teusink | Associate | $125 |

**EXHIBIT B**