Deming, Parker, Hoffman, Campbell & Daley
4851 Jimmy Carter Boulevard
Norcross, GA 30093
(678) 924-4740 telephone
(678) 924-4741 facsimile
curtbthompson@bellsouth.net

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN W. MIKULA,<br>JOHN B CRADDOCK,<br>JW&P CONSULTING, LLC, and<br>NATIONS WARRANTY GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:08-CV-3097-BBM |

ENTRY OF APPEARANCE
ON BEHALF OF ROBERT POWELL, VICTOR POWELL
AND CORDELIA POWELL

COMES NOW, Curt Thompson, and makes this his entry of appearance as Counsel of Record for the affected claimants and note holders, Robert Powell, Victor Powell and Cordelia Powell in the above referenced matter and respectfully requests that all parties and this court direct all communication to these individuals to the attention of their Counsel of Record at the address of record below.

Respectfully submitted this December 16, 2009.

/s
Curt Thompson
Attorney for Claimants and Note Holders Robert Powell, Victor Powell, and Cordelia Powell
GSBN: 707663